# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-2444

———————————————

ANDREW JASON KEENAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

April 6, 2018

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Andy Thomas, Public Defender, and Jasmine Russell, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.